53 So.2d 593

BLACK DIAMOND COAL MINING CO. v. Nellie ELLIS, Adm'x.

6 Div. 67.

Supreme Court of Alabama.
March 15, 1951.

Rehearing Denied June 28, 1951.

Lange, Simpson, Robinson & Somerville, of Birmingham, and Huey, Welch & Stone, of Bessemer, for appellant.

Cabaniss & Johnston, Burr, McKamy, Moore & Tate and White, Bradley, Arant & All, of Birmingham, amici curiae.

Lipscomb & Brobston and Jas. M. Hamrick, of Bessemer, and D. G. Ewing, of Birmingham, for appellee.

LAWSON, Justice.

The holding of this court in the case of Woodward Iron Co. v. Craig, Administratrix, 53 So.2d 586,[1] is controlling of this appeal. Upon the authority of that case, the judgment appealed from is reversed and the cause is remanded.

Reversed and remanded.

LIVINGSTON, C. J., and FOSTER and STAKELY, JJ., concur.

1. Ante, p. 37.